DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CONSTANCE RAMOS,**
Appellant,

v.

**SALVATORE DECARO,**
Appellee.

No. 4D20-2803

[November 10, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Karen M. Miller, Judge; L.T. Case No. 50-2020-GA-000057-XXXX-NB.

Emre Yersel and Martin G. McCarthy of McCarthy & Yersel, PLLC, Miami, for appellant.

Grace Mackey Streicher and Andrew A. Harris of Harris Appeals, P.A., Palm Beach Gardens, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., MAY and DAMOORGIAN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***